UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Kryzysztof Soltys,

                Defendant.

7:17-MJ-6463(MRG)

**JUDGMENT**

---

    The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on January 19, 2018, accepted the defendant's plea of guilty to a charge of Harassment in the 2nd Degree, in full satisfaction of the Amended Misdemeanor Complaint filed on September 15, 2017, it is,

    ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $250.00 to be paid by February 14, 2018. The defendant must complete 50 hours of community service over three (3) months.

Dated: Sept 9, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge